# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151945 & (13)(18)(19)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                              SC: 151945
                              COA: 325933

DAVID CHRISTIAN DeJONGE,
     Defendant-Appellant.
                              Kalkaska CC: 08-003014-FC

_____/

On order of the Court, the motion to file supplemental brief is GRANTED. The application for leave to appeal the May 4, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for production of records is DENIED as moot and the motion for an evidentiary hearing is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016

s0718



Clerk